June 21, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JOE AND ABE ENTERPRISES, LLC, Appellant

NO. 14-12-00413-CV                    V.

ENCORE BANK, N.A., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Encore Bank, N.A., signed, January 11, 2012, was heard on the transcript of the record. The record shows that the judgment is not final. We therefore order the appeal **DISMISSED**.

We order appellant, Joe and Abe Enterprises, LLC, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.